IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | |
| v. | : | CR. No. 87-058ML |
| | : | |
| ALAN L. SESS | : | |

MOTION TO DISMISS WARRANT, WITHDRAW DETAINER, AND DISMISS THE INDICTMENT

Comes now the United States of America, by and through its attorneys, Robert Clark Corrente, United States Attorney, and Kenneth P. Madden, Assistant U. S. Attorney, and moves this Court to dismiss the warrant previously issued, direct the United States Marshals Service to withdraw the detainer placed against the defendant at the Fort Dix FCI, and dismiss the indictment for those reasons set forth below.

On or about December 18, 1986, This Court issued a warrant for the arrest of the defendant for his failure to surrender at the designated Bureau Of Prisons facility to begin serving an eight year term of imprisonment imposed on October 17, 1986 in case number 87-016ML. On or about August 25, 1987, the defendant was indicted for failure to appear in violation of 18 U.S.C. § 3146. Case number 87-058ML was assigned. A warrant for the arrest of the defendant was issued.

The defendant was subsequently arrested and extradited from the country of Spain on the basis of the warrant issued in case number 86-016ML and other charges in New York. Spain refused the government's request to extradite the defendant on case number 87-058ML. According to an official at the Bureau of Prison's Fort Dix facility, the defendant is presently

serving a term of imprisonment which includes the term imposed on case number 86-016ML. His projected release date is April 14, 2014.

According to the Office of International Affairs, Department of Justice, because the defendant was not extradited on case number 87-058ML, treaty obligations with Spain prohibit the government from prosecuting or accepting a plea from the defendant on case number 87-058ML while he is in the custody of the Bureau of Prisons and while he is serving a term of special parole or supervised release imposed in case number 86-016ML or the New York case.

Based upon the foregoing, the government moves that the warrant be dismissed, that the United States Marshals Service be directed to withdraw the detainer, and that the indictment be dismissed pursuant to Fed. R. Crim. P. 48(a).

Respectfully submitted,

ROBERT CLARK CORRENTE
UNITED STATES ATTORNEY

/s/ Kenneth P. Madden
Kenneth P. Madden
Assistant U. S. Attorney
RI Bar No.1680
U. S. Attorney's Office
50 Kennedy Plaza, 8th Floor
Providence, RI 02903
401-709-5000
401-709-5001 (fax)
kenneth.madden@usdoj.gov

CERTIFICATION

I hereby certify that on the 13th day of August, 2008, I electronically filed and served, by ordinary mail with postage prepaid, the Within Motion To Dismiss Warrant, Withdraw Detainer, And Dismiss The Indictment, to:

Joel R. Weiss, Esq.
Farrell Fritz, P.C.
1320 RexCorp Plaza
Uniondale, NY 11556-1320

/s/ Kenneth P. Madden
Kenneth P. Madden
Assistant U. S. Attorney
RI Bar No.1680
U. S. Attorney's Office
50 Kennedy Plaza, 8th Floor
Providence, RI 02903
401-709-5000
401-709-5001 (fax)
kenneth.madden@usdoj.gov